**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA**

**V.**                                                                                          **4:04CR00249-10 JMM**

**JAVLIN M. THOMPSON**

**AMENDED JUDGMENT**

The Motion to Amend Restitution (Docket # 438) is GRANTED.  The Judgment entered on February 21, 2007 is amended as stated in the Motion with respect to Accounts 10 and 29. The Judgment shall reflect a total restitution amount of $43,147.39.  This amount shall remain joint and several with the defendants listed in the original Judgment.

IT IS SO ORDERED this  11th  day of August, 2008.

_____
James M. Moody
United States District Judge